**Mark Lee STINSON, Petitioner–Appellant,**

v.

**Mike KNOWLES; et al., Respondents–Appellees.**

**No. 07–16369.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Mark Lee Stinson, Vacaville, CA, pro se.

Brian Means, Brian George Smiley, AGCA–Office of the California Attorney General, Sacramento, CA, for Respondents–Appellees.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Mark Lee Stinson appeals from the district court's judgment dismissing his 28 U.S.C. § 2254 petition for lack of jurisdiction. We affirm.

The district court correctly determined that Stinson's original § 2254 petition, which was dismissed because it was untimely, was disposed of on the merits for purposes of 28 U.S.C. § 2244(b)(3). *McNabb v. Yates,* 576 F.3d 1028, 1029–30 (9th Cir.2009) (per curiam). As a result, the § 2254 petition that Stinson filed in 2006 was a second or successive petition. *See id* at 1030. Therefore, Stinson was required to obtain authorization from this Court before filing the petition in the district court. *See* 28 U.S.C. § 2244(b)(3). Because Stinson failed to obtain such authorization, the district court properly concluded that it lacked jurisdiction to consider the petition. *See Cooper v. Calderon,*

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

274 F.3d 1270, 1274 (9th Cir.2001) (per curiam).

Stinson's request for counsel is denied. **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.